**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:25-cr-201-AGM-LHP**

**MICHAEL STEPHEN WILCOX**

_____

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (doc. # 68) on April 1, 2026. United States Magistrate Judge Leslie Hoffman Price recommends that the Court accept the Defendant's plea of guilty.

After an independent *de novo* review of the record and noting that the 14-day objection period has expired, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (doc. # 68) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The plea is accepted;

3. Defendant is hereby adjudicated guilty as to Count One of the Superseding Information (doc. # 58).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 22, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services